# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | **No.  4:20-cr-290-O** |
| | § | |
| | § | |
| **CAESAR MARK CAPISTRANO (04)** | § | |
| **ETHEL OYEKUNLE-BUBU (08)** | § | |

## SPECIAL VERDICT FORM

We, the Jury, unanimously find by a preponderance of the evidence that the

following property is forfeited to the United States under 21 U.S.C. § 853(a) as follows:



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 2 8 2021

CLERK, U.S. DISTRICT COURT
By_____ Deputy

| $5,200 seized on May 20, 2020 from Legacy Texas Bank account ending 3094 in the name of Ethel Oyekunle-Bubu | Verdict | | | |
|---|---|---|---|---|
| 1. All or a portion of this property constitutes, or is derived from any, proceeds the defendant obtained, directly or indirectly, as the result of one or more of Ethel Oyekunle-Bubu's crimes? | Yes | ☒ | No | ☐ |
| If you answered "Yes" to the previous question, to which crimes does your answer apply? | | | | |
| Conspiracy to Dispense and Distribute or Possess with Intent to Dispense and Distribute Hydrocodone (Count 1) | Yes | ☒ | No | ☐ |
| Conspiracy to Dispense and Distribute or Possess with Intent to Dispense and Distribute Carisoprodol (Counts 2) | Yes | ☒ | No | ☐ |
| Conspiracy to Dispense and Distribute or Possess with Intent to Dispense and Distribute Promethazine with Codeine (Count 3) | Yes | ☒ | No | ☐ |
| Specify how much of the $5200 constitutes or is derived from proceeds of Ethel Oyekunle-Bubu's crimes: | $ _5200_ | | | |
| 2. This property was used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of one or more of the Ethel Oyekunle-Bubu's crimes? | Yes | ☒ | No | ☐ |
| To which crimes of conviction does your previous answer apply? | | | | |
| Conspiracy to Dispense and Distribute or Possess with Intent to Dispense and Distribute Hydrocodone (Count 1) | Yes | ☒ | No | ☐ |
| Conspiracy to Dispense and Distribute or Possess with Intent to Dispense and Distribute Carisoprodol (Counts 2) | Yes | ☒ | No | ☐ |
| Conspiracy to Dispense and Distribute or Possess with Intent to Dispense and Distribute Promethazine with Codeine (Count 3) | Yes | ☒ | No | ☐ |

| $87,018 seized from Ethel Oyekunle-Bubu at 2007 Crosbyton, Grand Prairie, Texas on May 20, 2020 | Verdict | | | |
|---|---|---|---|---|
| 1. All or a portion of this property constitutes, or is derived from any, proceeds the defendant obtained, directly or indirectly, as the result of one or more of Ethel Oyekunle-Bubu's crimes? | Yes | ☒ | No | ☐ |
| If you answered "Yes" to the previous question, to which crimes does your answer apply? | | | | |
| Conspiracy to Dispense and Distribute or Possess with Intent to Dispense and Distribute Hydrocodone (Count 1) | Yes | ☒ | No | ☐ |
| Conspiracy to Dispense and Distribute or Possess with Intent to Dispense and Distribute Carisoprodol (Counts 2) | Yes | ☒ | No | ☐ |
| Conspiracy to Dispense and Distribute or Possess with Intent to Dispense and Distribute Promethazine with Codeine (Count 3) | Yes | ☒ | No | ☐ |
| Specify how much of the $87,018 constitutes or is derived from proceeds of Ethel Oyekunle-Bubu's crimes: | $ 87,018 | | | |
| 2. This property was used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of one or more of the Ethel Oyekunle-Bubu's crimes? | Yes | ☒ | No | ☐ |
| If you answered "Yes" to the previous question, to which crimes does your answer apply? | | | | |
| Conspiracy to Dispense and Distribute or Possess with Intent to Dispense and Distribute Hydrocodone (Count 1) | Yes | ☒ | No | ☐ |
| Conspiracy to Dispense and Distribute or Possess with Intent to Dispense and Distribute Carisoprodol (Counts 2) | Yes | ☒ | No | ☐ |
| Conspiracy to Dispense and Distribute or Possess with Intent to Dispense and Distribute Promethazine with Codeine (Count 3) | Yes | ☒ | No | ☐ |

| $25,000 seized from Caesar Mark Capistrano at XXX High Point, Murphy, Texas on August 12, 2020 | Verdict | |
|---|---|---|
| 1. All or a portion of this property constitutes, or is derived from any, proceeds the defendant obtained, directly or indirectly, as the result of one or more of Caesar Mark Capistrano's crimes? | Yes ☒ | No ☐ |
| If you answered "Yes" to the previous question, to which crimes does your answer apply? | | |
| Conspiracy to Dispense and Distribute or Possess with Intent to Dispense and Distribute Hydrocodone (Count 1) | Yes ☒ | No ☐ |
| Conspiracy to Dispense and Distribute or Possess with Intent to Dispense and Distribute Carisoprodol (Counts 2) | Yes ☒ | No ☐ |
| Conspiracy to Dispense and Distribute or Possess with Intent to Dispense and Distribute Promethazine with Codeine (Count 3) | Yes ☒ | No ☐ |
| Specify how much of the $25,000 constitutes or is derived from proceeds of Caesar Mark Capistrano's crimes: | $ 25,000 | |
| 2. This property was used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of one or more of the Caesar Mark Capistrano's crimes? | Yes ☒ | No ☐ |
| To which crimes of conviction does your previous answer apply? | | |
| Conspiracy to Dispense and Distribute or Possess with Intent to Dispense and Distribute Hydrocodone (Count 1) | Yes ☒ | No ☐ |
| Conspiracy to Dispense and Distribute or Possess with Intent to Dispense and Distribute Carisoprodol (Counts 2) | Yes ☒ | No ☐ |
| Conspiracy to Dispense and Distribute or Possess with Intent to Dispense and Distribute Promethazine with Codeine (Count 3) | Yes ☒ | No ☐ |

4

| $37,865 seized from Caesar Mark Capistrano at XXX High Point, Murphy, Texas on August 12, 2020 | Verdict | |
|---|---|---|
| 1. All or a portion of this property constitutes, or is derived from any, proceeds the defendant obtained, directly or indirectly, as the result of one or more of Caesar Mark Capistrano's crimes? | Yes ☒ | No ☐ |
| If you answered "Yes" to the previous question, to which crimes does your answer apply? | | |
| Conspiracy to Dispense and Distribute or Possess with Intent to Dispense and Distribute Hydrocodone (Count 1) | Yes ☒ | No ☐ |
| Conspiracy to Dispense and Distribute or Possess with Intent to Dispense and Distribute Carisoprodol (Counts 2) | Yes ☒ | No ☐ |
| Conspiracy to Dispense and Distribute or Possess with Intent to Dispense and Distribute Promethazine with Codeine (Count 3) | Yes ☒ | No ☐ |
| Specify how much of the $37,865 constitutes or is derived from proceeds of Caesar Mark Capistrano's crimes: | $ _37,865_ | |
| 2. This property was used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of one or more of the Caesar Mark Capistrano's crimes? | Yes ☒ | No ☐ |
| To which crimes of conviction does your previous answer apply? | | |
| Conspiracy to Dispense and Distribute or Possess with Intent to Dispense and Distribute Hydrocodone (Count 1) | Yes ☒ | No ☐ |
| Conspiracy to Dispense and Distribute or Possess with Intent to Dispense and Distribute Carisoprodol (Counts 2) | Yes ☒ | No ☐ |
| Conspiracy to Dispense and Distribute or Possess with Intent to Dispense and Distribute Promethazine with Codeine (Count 3) | Yes ☒ | No ☐ |

5

| Real property owned by Caesar Mark Capistrano and located at XXXX Monticello Avenue, Dallas, Texas | Verdict | | | |
|---|---|---|---|---|
| 1. All or a portion of this property constitutes, or is derived from any, proceeds the defendant obtained, directly or indirectly, as the result of one or more of Caesar Mark Capistrano's crimes? | Yes | ☒ | No | ☐ |
| If you answered "Yes" to the previous question, to which crimes does your answer apply? | | | | |
| Conspiracy to Dispense and Distribute or Possess with Intent to Dispense and Distribute Hydrocodone (Count 1) | Yes | ☒ | No | ☐ |
| Conspiracy to Dispense and Distribute or Possess with Intent to Dispense and Distribute Carisoprodol (Counts 2) | Yes | ☒ | No | ☐ |
| Conspiracy to Dispense and Distribute or Possess with Intent to Dispense and Distribute Promethazine with Codeine (Count 3) | Yes | ☒ | No | ☐ |
| Specify how much of the property's value constitutes or derives from proceeds of Caesar Mark Capistrano's crimes: | $ _146,590,41_ | | | |
| 2. This property was used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of one or more of the Caesar Mark Capistrano's crimes? | Yes | ☐ | No | ☒ |
| To which crimes of conviction does your previous answer apply? | | | | |
| Conspiracy to Dispense and Distribute or Possess with Intent to Dispense and Distribute Hydrocodone (Count 1) | Yes | ☐ | No | ☒ |
| Conspiracy to Dispense and Distribute or Possess with Intent to Dispense and Distribute Carisoprodol (Counts 2) | Yes | ☐ | No | ☒ |
| Conspiracy to Dispense and Distribute or Possess with Intent to Dispense and Distribute Promethazine with Codeine (Count 3) | Yes | ☐ | No | ☒ |

6

SUBMITTED BY:

REDACTED

FOREPERSON

1-28-2021

DATE

7